IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 4:17-865 |
| | ) | |
| | ) | 18 USC § 922(g) |
| vs. | ) | 18 USC § 924(a) |
| | ) | 18 USC § 924(c)(1) |
| | ) | 18 USC § 924(e) |
| JONATHAN STEFAN VANDERHORST | ) | 18 USC § 2 |
| JIM TRACY MILLER | ) | 18 USC § 1951 |
| DEMETRIUS ALTMAN | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | INDICTMENT |

COUNT 1

THE GRAND JURY CHARGES:

That beginning at a time unknown to the Grand Jury, but beginning from at least in or around May 3, 2016, and continuing to the date of this Indictment, in the District of South Carolina and elsewhere, the defendants, JONATHAN STEFAN VANDERHORST, JIM TRACY MILLER, and DEMETRIUS ALTMAN, knowingly and intentionally did combine, conspire, agree and have tacit understanding with each other and others, both known and unknown to the grand jury, to obstruct, delay, and affect interstate commerce (as that term is defined in Title 18, United States Code, Section 1951(b)(3)) and the movement of articles and commodities in such commerce, by robbery (as that term is defined in Title 18, United States Code, Section 1951(b)(1)),

The defendants did agree to commit a robbery of the United States Post Office in Clarendon, North Carolina, said United States Post Office is involved in interstate commerce. The defendants agreed to take money and property from the Post Office and its customers by threatened and actual force through the use of a firearm.

The defendants did agree to commit a robbery of the Loris Market and Beverage, a store that is involved in interstate commerce and located in Loris, South Carolina. The defendants agreed to take money and property from the Loris Market by threatened and actual force through the use of a firearm.

In violation of Title 18, United States Code, Section 1951.

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

Allegations of Count 1 of this Indictment are incorporated herein;

That on or about May 16, 2016, in the District of South Carolina, the Defendants, JONATHAN STEFAN VANDERHORST, JIM TRACY MILLER, and DEMETRIUS ALTMAN, as principals, as aiders and abettors, and co-participants in a jointly undertaken criminal activity knowingly did obstruct, delay, and affect commerce (as that term is defined in Title 18, United States Code, Section 1951(b)(3)) and the movement of articles and commodities in such commerce, by robbery (as that term is defined in Title 18, United States Code, Section 1951(b)(1)), in that JONATHAN STEFAN VANDERHORST, JIM TRACY MILLER, and DEMETRIUS ALTMAN did unlawfully take property consisting of money belonging to Loris Market and Beverage Store from the person and presence of the owners of the store, against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person, in that they did rob the owners of the store at gunpoint of money and during the robbery did shoot one of the owners two times causing his death;

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

Allegations of Count 1 of this Indictment are incorporated herein;

That on or about May 3, 2016, in the District of South Carolina and else where, the Defendants, JONATHAN STEFAN VANDERHORST, JIM TRACY MILLER, and DEMETRIUS ALTMAN, as principals, as aiders and abettors, and co-participants in a jointly undertaken criminal activity, did knowingly use a firearm during and in relation to, a crime of violence, as charged in Count 1, which is prosecutable in a court of the United States and during said offense, the firearm was brandished;

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT 4

THE GRAND JURY FURTHER CHARGES:

Allegations of Count 1 of this Indictment are incorporated herein;

That on or about May 16, 2016, in the District of South Carolina, the Defendants, JONATHAN STEFAN VANDERHORST, JIM TRACY MILLER, and DEMETRIUS ALTMAN, as principals, as aiders and abettors, and co-participants in a jointly undertaken criminal activity, did knowingly use a firearm during and in relation to, a crime of violence, as charged in Count 2, which is prosecutable in a court of the United States and during said offense, the firearm was discharged, to wit the store owner E.B. was shot in the chest as he stood behind the counter;

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

## COUNT 5

THE GRAND JURY FURTHER CHARGES:

Allegations of Count 1 of this Indictment are incorporated herein;

That on or about May 16, 2016, in the District of South Carolina, the Defendants, JONATHAN STEFAN VANDERHORST, JIM TRACY MILLER, and DEMETRIUS ALTMAN, as principals, as aiders and abettors, and co-participants in a jointly undertaken criminal activity, did knowingly use a firearm during and in relation to, a crime of violence, as charged in Count 2, which is prosecutable in a court of the United States and during said offense, the firearm was discharged, to wit the store owner E.B. was shot after having suffered a previous shot to the chest;

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

## COUNT 6

THE GRAND JURY FURTHER CHARGES:

That on or about May 16, 2016, in the District of South Carolina, the Defendant, JONATHAN STEFAN VANDERHORST, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce, ammunition, that is .45 caliber ammunition, which had been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 924(e).

A <ins>TRUE</ins> Bill

/FOREPERSON

BETH DRAKE (wcl)
UNITED STATES ATTORNEY