IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

RECEIVED
USDC CLERK FLORENCE, SC
2018 SEP 20 PM 5:20

**UNITED STATES OF AMERICA**

-v-                                            CRIMINAL No. 4:17-cr-00865-RBH-2

**Jim Tracy Miller**

## RIGHT TO APPEAL

I have been notified by the court of my right to appeal and that I must do so within fourteen (14) days of the entry of the judgment.

I have discussed this right with my attorney.

☑ I **do not** want to appeal.

☐ I **do** want to appeal.

_____
Defendant's Signature

_____
Signature of Counsel

9/20/18
Date